IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

DEC - 9 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02699-BNB

OMAR RAMIREZ,

    Applicant,

v.

SUSAN JONES, Warden, CCF - South,

    Respondent

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 9, 2010, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

FILED
UNITED STATES DISTRICT COURT

DEC - 9 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02699-BNB

Omar Ramirez
Prisoner No. 107608
Centennial Correctional Facility
PO Box 600
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on December 9, 2010.

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                             Deputy Clerk