IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02699-ZLW-KLM

OMAR RAMIREZ,

    Applicant,

v.

SUSAN JONES, Warden, CCF- South

    Respondent.

## ORDER

The Court has received a letter from Applicant (Doc. No. 12) indicating that he has not received a copy of Respondent's Preliminary Response (Doc. No. 9). A copy of said document has been mailed to Petitioner by the Clerk of Court. **Respondent's counsel is advised of Petitioner's current address as set forth on the Court's Civil Docket Sheet.**

To the extent that Applicant's letter includes a motion for summary judgment, it is

ORDERED that Applicant's motion for summary judgment (Doc. No. 12) is denied without prejudice as premature.

DATED at Denver, Colorado, this 16th day of December, 2010.

BY THE COURT:

*/s/ Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court